```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

        JAN 02 2026
          AT SEATTLE
    CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> DAVID BANKS-HOPKINS, <br><br> Defendant. | CASE NO. MJ26-002 <br><br> COMPLAINT for VIOLATION <br><br> 18 U.S.C. § 113(a)(5) |

BEFORE Brian A. Tsuchida, United States Magistrate Judge, U.S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

### COUNT ONE

### (Simple Assault)

On or about January 1, 2026, at the Seattle Veterans Affairs Medical Center, within the Western District of Washington, DAVID BANKS-HOPKINS committed an assault within the territorial jurisdiction of the United States by striking Adult Victim 1 and intentionally using a display of force that reasonably caused Adult Victim 1 to fear immediate bodily harm.

Complaint - 1
United States v. Banks-Hopkins

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  All in violation of Title 8, United States Code, Section 113(a)(5).

2  And the complainant states that this Complaint is based on the following
3  information:

4  I, Scott Sherman, being first duly sworn on oath, depose and say:

### AFFIANT BACKGROUND

6  1.  I, Scott Sherman, am a Police Lieutenant ("LT") with the Veterans Affairs
7  Police ("VAP") and have been so employed since November 2012. I am currently
8  assigned as the shift LT for the 3rd squad in Seattle. As LT, I have been trained to
9  investigate a variety of crimes, including cases involving assault and those that happen in
10 federal facilities and in a hospital setting. In this capacity, I investigate, *inter alia*,
11 violations of Title 18, United States Code, Section 113 *et seq.*, and related offenses.

12 2.  Prior to my role as LT, I was a Police Training Captain with the VAP for
13 four years. Since joining the VAP, I participated in several arrests, seizures, and other law
14 enforcement actions. I have also conducted a multitude of interviews and have taken law
15 enforcement actions based on the facts I gathered from these interviews.

16 3.  The statements contained in this affidavit are based upon my investigation
17 and information provided to me by others familiar with this matter, including other law
18 enforcement officers. I have not included each and every fact known to me or other
19 investigative personnel concerning this investigation. I have set forth only the facts I
20 believe are necessary to establish probable cause to believe that DAVID BANKS-
21 HOPKINS committed the crime of Simple Assault in violation of Title 18, United States
22 Code, Section 113(a)(5).

### SUMMARY OF PROBABLE CAUSE

24 4.  On or about January 1, 2026, the VAP received a report of an assault in
25 progress at the outpatient pharmacy lobby of the Seattle Veterans Affairs Medical Center,
26 which is located at 1660 South Columbian Way, Seattle, Washington 98108. Another
27 VAP officer and I arrived at the scene and saw Adult Victim 1 ("AV1") on the ground

Complaint - 2
United States v. Banks-Hopkins

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 and unresponsive.

2   5.   I also observed that BANKS-HOPKINS was sitting in a chair in the lobby and sweating profusely, with his belongings scattered all over the floor. I approached BANKS-HOPKINS and asked him what was going on, and he stated that someone had tried to rob him. BANKS-HOPKINS then began rambling about topics that had nothing to do with the situation.

6.   The officer and I interviewed several individuals who were in the lobby, and they stated that BANKS-HOPKINS assaulted AV1. I informed BANKS-HOPKINS that he was being detained for the alleged assault of AV1. BANKS-HOPKINS stood up and willingly put his hands behind his back, and I placed him in handcuffs and conducted a search of his person. I then escorted BANKS-HOPKINS to the VAP holding cell.

7.   The lobby had CCTV cameras that recorded the assault, which lasted approximately two to three minutes. I reviewed the CCTV footage of the assault, which showed BANKS-HOPKINS walking up behind AV1 who was sitting in a wheelchair, grabbing a two-liter bottle of soda from the back of the wheelchair, and tossing it on AV1's lap. BANKS-HOPKINS came face-to-face with AV1 and started screaming at AV1. BANKS-HOPKINS then grabbed AV1 by the coat with one hand and poured a bottle of orange juice he had in the other hand down AV1's shirt.

8.   BANKS-HOPKINS subsequently struck AV1's head three times: twice on the side of AV1's head with his hand and once with the bottle of orange juice in AV1's face. AV1 attempted to get away in the wheelchair, but BANKS-HOPKINS grabbed and struck AV1 again in the face with the bottle of orange juice. BANKS-HOPKINS then pulled AV1 out of the wheelchair, tossed AV1 into a chair, and then onto the ground. After striking and stomping on AV1 multiple times, BANKS-HOPKINS walked away, came back, and struck AV1 again repeatedly with his feet and closed fist.

9.   The Seattle Veterans Affairs Medical Center is owned and operated by the U.S. Department of Veterans Affairs.

Complaint - 3
United States v. Banks-Hopkins

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CONCLUSION

10. Based on the above facts, I respectfully submit that there is probable cause to believe that BANKS-HOPKINS committed the crime of Simple Assault, in violation of Title 18, United States Code, Section 113(a)(5).

_____
Scott Sherman, Complainant
Lieutenant, Veterans Affairs Police

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 2nd day of January, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Complaint - 4
United States v. Banks-Hopkins

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970