UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATE OF AMERICA<br><br>v.<br><br>DAVID BANKS-HOPKINS | CASE NO.  MJ26-002<br><br>**DETENTION ORDER** |

The Court has conducted a hearing on a petition alleging violations of pretrial release and revocation of the order of release previously issued. The Court found Defendant violated conditions of release and ordered him detained as there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with assaulting an individual sitting in a wheelchair in the lobby of the Seattle Veterans Affairs Medical Center. According to the pretrial investigation Defendant has a criminal history going back to 2012. His history includes numerous traffic related matters, convictions for Assault 4th Degree, felony harassment, and harassment. He has a pending harassment charge in the Tacoma Municipal Court and a number of warrants have been issued in

DETENTION ORDER - 1

the past for failure to appear for court appearances. The pretrial investigation indicates Defendant faces mental health challenges as competency evaluations have been ordered in the past.

Depite Defendant's history and characteristics, the Court originally released Defendant in the hopes he could avail himself of needed services and abide by the conditions of release the Court ordered. Defendant however almost immediately violated the conditions of release by not reporting to the pretrial office and going to the Seattle VA hopsital despite the Court's order he not go to that facility. The Court concludes Defendant is unable to abide by any condition of release.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 2nd day of February, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2